■ In the Matter of PHILIP A. BYLER (Admitted as PHILIP ARWOOD BYLER), a Suspended Attorney. [751 NYS2d 359] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Tom, Andrias, Rosenberger and Ellerin, JJ.